# U.S. District Court
# United States District Court for the Western District of Washington (Seattle)
# CIVIL DOCKET FOR CASE #: 2:21−cv−01277−BJR

| | |
|---|---|
| Brackman v. T−Mobile USA Inc | Date Filed: 09/21/2021 |
| Assigned to: Judge Barbara J. Rothstein | Jury Demand: Plaintiff |
| Cause: 28:1332 Diversity−Fraud | Nature of Suit: 370 Other Fraud |
| | Jurisdiction: Diversity |

**Plaintiff**

**Matthew Brackman**　　　　　　　　　　　　represented by　**Matthew James Ide**
*individually and on behalf of all others*　　　　　　　　　　　　7900 SE 28TH STREET, STE 500
*similarly situated*　　　　　　　　　　　　　　　　　　　　　MERCER ISLAND, WA 98040
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　206−625−1326
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Fax: 206−622−0909
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Email: mjide@yahoo.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**T−Mobile USA Inc**　　　　　　　　　　　　represented by　**Kristine McAlister Brown**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　ALSTON & BIRD LLP (GA)
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　1201 W PEACHTREE ST
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　ONE ATLANTIC CTR
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　ATLANTA, GA 30309−3432
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　404−881−7584
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Email: kristy.brown@alston.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*PRO HAC VICE*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Kathleen M O'Sullivan**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　PERKINS COIE (SEA)
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　1201 3RD AVE STE 4900
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　SEATTLE, WA 98101−3099
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　206−583−8888
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Fax: 206−583−8500
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Email: KOSullivan@perkinscoie.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Lauren Jeffers Tsuji**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　PERKINS COIE (SEA)
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　1201 3RD AVE STE 4900
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　SEATTLE, WA 98101−3099
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　206−359−3577
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Email: LTsuji@perkinscoie.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Steve Y Koh**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　PERKINS COIE (SEA)

1201 3RD AVE STE 4900  
SEATTLE, WA 98101−3099  
206−359−8530  
Email: SKoh@perkinscoie.com  
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/21/2021 | Ï 1 | COMPLAINT against defendant(s) T−Mobile USA Inc with JURY DEMAND (Receipt # AWAWDC−7259375) Attorney Matthew James Ide added to party Matthew Brackman(pty:pla), filed by Matthew Brackman. (Attachments: # 1 Civil Cover Sheet, # 2 Summons)(Ide, Matthew) (Entered: 09/21/2021) |
| 09/21/2021 | Ï 2 | NOTICE of Related Case(s) 2:21−cv−01118, 2:21−cv−01119, 2:21−cv−01130, 2:21−cv−01137, 2:21−cv−01138, 2:21−cv−01139, 2:21−cv−01148, 2:21−cv−01153, 2:21−cv−01157, 2:21−cv−01161, 2:21−cv−01169, 2:21−cv−01179, 2:21−cv−01181, 2:21−cv−01183, 2:21−cv−01189, 2:21−cv−01190, 2:21−cv−01208, 2:21−cv−01226, 2:21−cv−01245, 2:21−cv−01250, 2:21−cv−01266, by Plaintiff Matthew Brackman. (Ide, Matthew) (Entered: 09/21/2021) |
| 09/22/2021 | Ï | Judge James L. Robart added. (SG) (Entered: 09/22/2021) |
| 09/22/2021 | Ï 3 | **PLEASE DISREGARD** ~~Notice of Filing Deficiency~~ re ~~1 Complaint,.~~ **\*\*\*Action Required\*\*\*** ~~Summons Form Blank.~~ ~~See attached letter for more information and instructions. (SG)~~ Modified on 9/22/2021 to strike – summons reviewed and issued (KB). (Entered: 09/22/2021) |
| 09/22/2021 | Ï 4 | Summons(es) Electronically Issued as to defendant(s) T−Mobile USA Inc (KB) (Entered: 09/22/2021) |
| 09/22/2021 | Ï | NOTICE of Docket Text Modification re 3 Case/IFP Deficiency Letter: Modified on 09/22/2021 to strike Notice of Filing Deficiency – review of summons found that it could be issued (see 4 ). (KB) (Entered: 09/22/2021) |
| 09/23/2021 | Ï 5 | MINUTE ORDER REASSIGNING CASE. Case reassigned to Judge Barbara J. Rothstein for all further proceedings. All future pleadings shall bear the case number C21−1277BJR. Authorized by Judge James L. Robart. (SB) (Entered: 09/23/2021) |
| 09/24/2021 | Ï 6 | STANDING ORDER FOR ALL CIVIL CASES. The procedures in this Order supplement, and in some cases, supersede the local rules. The parties are responsible for being familiar with the procedures in this Order. Failure to comply with the procedures may result in sanctions. Signed by Judge Barbara J. Rothstein. (GC) (Entered: 09/24/2021) |
| 10/01/2021 | Ï 7 | NOTICE of Appearance by attorney Steve Y Koh on behalf of Defendant T−Mobile USA Inc. (Koh, Steve) (Entered: 10/01/2021) |
| 10/01/2021 | Ï 8 | CORPORATE DISCLOSURE STATEMENT identifying Corporate Parent T−Mobile US, Inc. for T−Mobile USA Inc. Filed pursuant to Fed.R.Civ.P 7.1. Filed by T−Mobile USA Inc (Koh, Steve) (Entered: 10/01/2021) |
| 10/01/2021 | Ï 9 | APPLICATION OF ATTORNEY Kristine McAlister Brown FOR LEAVE TO APPEAR PRO HAC VICE for Defendant T−Mobile USA Inc (Fee Paid) Receipt No. AWAWDC−7273736 (Koh, Steve) (Entered: 10/01/2021) |
| 10/01/2021 | Ï 10 | ORDER re 9 Application for Leave to Appear Pro Hac Vice. The Court ADMITS Attorney Kristine McAlister Brown for Defendant T−Mobile USA Inc, by Clerk Ravi Subramanian. No |

| | | |
|---|---|---|
| | | document associated with this docket entry, text only.

*NOTE TO COUNSEL: Local counsel agrees to **sign all filings** and to be prepared to handle the matter, including the trial thereof, in the event the applicant is unable to be present on any date scheduled by the court, pursuant to LCR 83.1(d).*(DS) (Entered: 10/01/2021) |
| 10/04/2021 | Ï | NOTE: Document 7 was filed incorrectly/improperly. Appearance of attorneys Kathleen M. O'Sullivan and Lauren J. Tsuji is not proper, and notices of electronic filing will not be sent until corrected. Signatures must be in accordance with FRCP 11 and LCR 83.2(a) and must comply with ECF Filing Procedures. (SR)(cc: Notified attorneys Kathleen M. O'Sullivan and Lauren J. Tsuji via ad hoc) (Entered: 10/04/2021) |
| 10/04/2021 | Ï 11 | NOTICE of Appearance by attorney Kathleen M O'Sullivan on behalf of Defendant T–Mobile USA Inc. (O'Sullivan, Kathleen) (Entered: 10/04/2021) |
| 10/04/2021 | Ï | Attorney Lauren Jeffers Tsuji added for T–Mobile USA Inc; per 11 Notice of Appearance. (SR) (Entered: 10/05/2021) |
| 10/05/2021 | Ï 12 | Stipulated MOTION *and Order to Stay Proceedings Pending JPML's Ruling on Transfer*, filed by Defendant T–Mobile USA Inc. (Koh, Steve) (Entered: 10/05/2021) |
| 10/06/2021 | Ï 13 | STIPULATED MOTION AND ORDER TO STAY PROCEEDINGS PENDING JPML'S RULING ON TRANSFER re Parties' 12 Stipulated Motion. Signed by Judge Barbara J. Rothstein. (SR) (Entered: 10/06/2021) |
| 12/15/2021 | Ï 14 | MDL 3019 CONDITIONAL TRANSFER ORDER (CTO 1); in re T–Mobile Customer Data Security Breach Litigation; transferred to the Western District of Missouri; assigned to Judge Wimes. (Attachments: # 1 CTO email) (LH) (Entered: 12/15/2021) |